UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| TIFFANY ELLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 3:17-cv-200 |
| | ) |
| BELL INDIANA, LLC | ) |
| d/b/a KFC | ) |
| Defendant(s). | ) |

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Natalja M. Fulton, counsel for Bell Indiana LLC, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Natalja M. Fulton
Flynn Restaurant Group LLC
225 Bush Street, Suite 1800
San Francisco, CA 94104
Tel: 415-835-0226
Fax: 415-325-4624
nfulton@flynnrg.com

Dated: December 28, 2017

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHY applicant via U.S. Mail:
    Natalja M. Fulton
    Flynn Restaurant Group LLC
    225 Bush Street, Suite 1800
    San Francisco, CA 94104